≋JS 45  (5/97) - (Revised USAO MA 3/25)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

| | |
|---|---|
| **Place of Offense:** _____ | **Category No.** II   **Investigating Agency** USDA-OIG, FBI |
| **City** Boston | **Related Case Information:** |
| **County** Suffolk | Superseding Ind./ Inf. _____   Case No. _____ |
| | Same Defendant _____   New Defendant _____ |
| | Magistrate Judge Case Number _____ |
| | Search Warrant Case Number _____ |
| | R 20/R 40 from District of _____ |

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes   ☑ No

**Defendant Information:**

Defendant Name: ANTONIO BONHEUR      Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name: _____

Address: Mattapan, MA

Birth date (Yr only): 1951    SSN (last 4#): 8592    Sex: M    Race: Black    Nationality: Haitian

**Defense Counsel if known:** _____       Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Philip A. Mallard       Bar Number if applicable: 679138

Interpreter: ☑ Yes  ☐ No    List language and/or dialect: Haitian Creole

Victims: ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

Location Status: Street

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document:  ☑ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/15/2025        Signature of AUSA: *Philip Mallard*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ANTONIO BONHEUR

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 7 U.S.C. § 2024(b) | Unauthorized Use, Transfer, Acquisition, Alteration, or Possession of Benefits, Valued Greater than $100 but Less than $5,000 | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**