≈JS 45  (5/97) - (Revised USAO MA 3/25)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: | Category No. II | Investigating Agency: USDA-OIG, FBI |
| City: Boston | | |
| County: Suffolk | | |

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: SAUL ALISME    Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: Hyde Park, MA
Birth date (Yr only): 2001   SSN (last 4#): 5536   Sex: M   Race: Black   Nationality: Haitian

Defense Counsel if known: _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Philip A. Mallard   Bar Number if applicable: 679138

Interpreter: ☑ Yes  ☐ No   List language and/or dialect: Haitian Creole

Victims: ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

Location Status: Street

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:  ☑ Complaint   ☐ Information   ☐ Indictment
Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/15/2025   Signature of AUSA: *Philip Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   SAUL ALISME

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 7 U.S.C. § 2024(b) | Unauthorized Use, Transfer, Acquisition, Alteration, or Possession of Benefits, Valued Greater than $100 but Less than $5,000 | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**